UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7987

JAMES DAVID FAIRCLOTH, SR.,

Plaintiff - Appellant,

versus

R. C. LEE, Warden; ASSOCIATE WARDEN MCCABE; CAPTAIN WILMAN; CAPTAIN SIGNAL; CAPTAIN KENNEDY; SERGEANT STRICKLAND; SERGEANT BURROUGH; OFFICER ELLIS; OFFICER HARRIS; OFFICER PAGE; OFFICER NICKLES; OFFICER WILLIAMS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, Chief District Judge. (5:04-ct-00608-FL)

Submitted: April 27, 2007          Decided: May 18, 2007

Before WILLIAMS, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James David Faircloth, Sr., Appellant Pro Se. Elizabeth F. Parsons, Joseph Edward Elder, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James David Faircloth, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Faircloth v. Lee, No. 5:04-ct-00608-FL (E.D.N.C. Nov. 22, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED